IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | CASE NO.  **3:24-CR-103** |
| Plaintiff, | : | **JUDGE THOMAS M. ROSE** |
| v. | : | |
| **DAVID A. SNELL**, | : | **MOTION TO UNSEAL CASE FROM INDICTMENT (R. 20) FORWARD** |
| Defendant. | : | |

Now comes the United States, by counsel, and respectfully requests that the above captioned case be unsealed from the Indictment (R. 20) forward.  All filings prior to the Indictment (R. 1- R.19) should remained sealed.  Undersigned counsel has conferred with counsel for the defendant, and he does not object to this request.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


s/Christina Mahy
CHRISTINA MAHY (OH0092671)
Assistant United States Attorney
Attorney for Plaintiff
Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Christina.mahy@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that on this 17th day of January, 2025, I filed the foregoing using the Court's ECF system, which will send electronic notification of such filing to counsel of record.

s/Christina Mahy
CHRISTINA MAHY (OH0092671)
Assistant United States Attorney